# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM L.A. CHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-1111-R |
| | ) | |
| OKLAHOMA CORRECTIONAL INDUSTRIES, et al., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered November 12, 2010 [Doc. No. 8] and Plaintiff's Objection filed November 17, 2010. The Magistrate Judge recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied because Plaintiff has sufficient funds in his institutional savings account to prepay the $350.00 filing fee and recommended that unless Plaintiff paid the full filing fee within twenty-one (21) days of the date of any Order adopting the Report and Recommendation, the case be dismissed without prejudice. In his Objection, Plaintiff states that 21 days may not be sufficient time and that he has no control over when prison officials act on his November 15, 2010 request for disbursement of the filing fee from his account.

The Report and Recommendation of the Magistrate Judge is ADOPTED with the modification that if the filing fee is not paid in full by December 15, 2010, this case will be dismissed without prejudice to refiling unless, prior to December 15, 2010, Plaintiff files a

motion for an extension of time supported by a showing of good cause. In accordance with this Order, Plaintiff's application for leave to proceed *in forma pauperis* [Doc. No. 6] is DENIED.

IT IS SO ORDERED this 18th day of November, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE