**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **WILLIAM L.A. CHURCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-10-1111-R |
| | ) |
| **OKLAHOMA CORRECTIONAL** | ) |
| **INDUSTRIES, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch on claims against the "CellFor Defendants" [Doc. No. 78] and Plaintiff's Objections thereto [Doc. No. 84]. Plaintiff objects to essentially all of the findings, conclusions and recommendations of the Magistrate Judge.

The Court has reviewed the Report and Recommendation *de novo* in light of Plaintiff's objections. The Court concurs in the findings, conclusions and recommendations of the Magistrate Judge. Therefore, the Report and Recommendation on Claims against the CellFor Defendants [Doc. No. 78] is ADOPTED, the motion of Defendants CellFor, Inc. Rick Verhines, Jennifer Loyd and Jamie Patterson to dismiss Plaintiff's Complaint [Doc. No. 43] is GRANTED and Plaintiff's federal statutory employment claims are DISMISSED with prejudice; his claims pursuant to 42 U.S.C. § § 1981 and 1983 are DISMISSED pursuant to 28 U.S.C. § 1915A)(b); and the Court declines to exercise supplemental jurisdiction over any

state law claims against these Defendants and therefore those claims are DISMISSED as well.

    IT IS SO ORDERED this 20th day of September, 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE