# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| WILLIAM L.A. CHURCH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-10-1111-R |
| OKLAHOMA CORRECTIONAL INDUSTRIES, et al., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch on claims against the "Oklahoma Defendants" entered August 15, 2011. Doc. No. 79. Plaintiff has filed an Objection to that Report and Recommendation in which he objects to all of the conclusions and recommendations of the Magistrate Judge. Doc. No. 85. The Objection is, however, in large part, not legible.

The Court has carefully reviewed the Report and Recommendation of the Magistrate Judge *de novo* in light of the record herein and Plaintiff's objections, to the extent they are readable. The Court concurs in all of the findings, conclusions and recommendations of the Magistrate Judge. Therefore, the Report and Recommendation [Doc. No. 79] is ADOPTED in its entirety and the motion to dismiss/motion for summary judgment of Defendants Blevins, Bredel, David, Jones, Parker, State of Oklahoma ex rel Department of Corrections and Oklahoma Correctional Industries [Doc. No. 49] is GRANTED; Plaintiff's claims in counts one through three of the Complaint are dismissed as not cognizable in this 42 U.S.C.

§ 1983 action; summary judgment on counts four through nine, eleven and fourteen is granted and those claims are DISMISSED for failure to exhaust administrative remedies; counts twelve, thirteen, fifteen and sixteen are DISMISSED for failure to state claims on which relief can be granted; and Plaintiff's claims brought pursuant to 42 U.S.C. § 1981 are DISMISSED for failure to state claims on which relief can be granted. Additionally, Plaintiff's claims against Defendants Loving, Thomlinson, Lunn and Wheeler are DISMISSED pursuant to 42 U.S.C. § 1915A(b). The Court declines to exercise supplemental jurisdiction over any state law claims included in Plaintiff's Complaint, including those raised in count ten of the Complaint, so those claims are DISMISSED as well. Plaintiff's motions for clarification [Doc. No. 70], for Court intervention [Doc. No. 7] for preliminary injunction and temporary restraining order [Doc. No. 73], for discovery [Doc. No. 74] and for a declaration that Plaintiff's administrative remedies are exhausted [Doc. No. 75] are DENIED.

IT IS SO ORDERED this 20th day of September, 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE